IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.J. OLIVAS,

    Plaintiff,

v.                                                                                  CV No. 17-22 JB/CG

C & S OILFIELD SERVICES, LLC, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday, July 8, 2019, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                          _____
                                                          THE HONORABLE CARMEN E. GARZA
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE