**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**A.J. OLIVAS, individually and on behalf of those similarly situated,**

***Plaintiff,***

**v.**

**C & S OILFIELD SERVICES, LLC, DEWEY COFFMAN, and BRETT COFFMAN, individually,**

***Defendants*.**

**Civil Action No. 2:17-cv-00022-JB-CG**

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

The Parties hereby file this Notice of Settlement and respectfully show the Court as follows:

1. The Parties have reached a settlement in principle in the above-referenced case and are in the process of finalizing the settlement, including preparation of the settlement agreement and dismissal documents.

2. The Parties anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next 30 days, and request the Court to stay all pending deadlines and proceedings during this time.

Respectfully submitted,

*/s/ Travis Gasper*
**J. DEREK BRAZIEL**
*Co-Attorney in Charge*
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**TRAVIS GASPER**
Texas Bar No. 24096881
gasper@l-b-law.com
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**JACK SIEGEL**
*Co-Attorney in Charge*
Texas Bar No. 24070621
jack@siegellawgroup.biz
Siegel Law Group, PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
(214) 706-0834 phone
(469) 339-0204 fax
www.siegellawgroup.biz

**ATTORNEYS FOR PLAINTIFF**

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)

By: /s/ Clara B. Burns
CLARA B. BURNS
cburns@kempsmith.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system as of the date file-stamped thereon.

*/s/ Travis Gasper*
**TRAVIS GASPER**