IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| A.J. OLIVAS, individually and on behalf of those similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>C & S OILFIELD SERVICES, LLC, DEWEY COFFMAN, and BRETT COFFMAN, individually,<br><br>    *Defendants*. | Civil Action No. 2:17-cv-00022-JB-CG |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT AND DISMISSAL DOCUMENTS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Previously, the Parties filed a notice of settlement (Dkt. #50) and the Court entered an Order directing the Parties to submit a joint status report (Dkt. #51). The Parties have been working diligently to complete the settlement agreement and dismissal documents, but need additional time to do so fully and thoroughly. This request is not made to burden the Court or unnecessarily delay the proceedings, but so that justice may be done.

Therefore, the Parties jointly request that the Court grant an extension and order the Parties to submit a joint status report on or before October 4, 2019. The Parties will submit a proposed order as outlined in the CM/ECF Administrative Procedures Manual.

Respectfully submitted,

| | |
|---|---|
| */s/ Travis Gasper* | KEMP SMITH LLP |
| **J. DEREK BRAZIEL** | P.O. Box 2800 |
| *Co-Attorney in Charge* | El Paso, Texas 79999-2800 |
| Texas Bar No. 00793380 | 915.533.4424 |
| jdbraziel@l-b-law.com | 915.546.5360 (FAX) |
| **TRAVIS GASPER** | |
| Texas Bar No. 24096881 | By: */s/ Clara B. Burns* |
| gasper@l-b-law.com | CLARA B. BURNS |
| Lee & Braziel, L.L.P. | cburns@kempsmith.com |
| 1801 N. Lamar Street, Suite 325 | |
| Dallas, Texas 75202 | **ATTORNEY FOR DEFENDANTS** |
| (214) 749-1400 phone | |
| (214) 749-1010 fax | |
| www.overtimelawyer.com | |

**JACK SIEGEL**
*Co-Attorney in Charge*
Texas Bar No. 24070621
jack@siegellawgroup.biz
Siegel Law Group, PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
(214) 706-0834 phone
(469) 339-0204 fax
www.siegellawgroup.biz

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system as of the date file-stamped thereon.

*/s/ Travis Gasper*
**TRAVIS GASPER**