IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

A.J. OLIVAS, individually and on behalf of
those similarly situated,

    *Plaintiff,*

v.                                    No. CIV 17-00022-JB-CG

C & S OILFIELD SERVICES, LLC,
DEWEY COFFMAN, and BRETT
COFFMAN, individually,

    *Defendants.*

## ORDER APPROVING JOINT MOTION FOR SETTLEMENT APPROVAL

Before the Court is a Joint Motion for Settlement Approval (Doc. 55). Having reviewed the Motion:

**IT IS ORDERED** that the Court approves the parties' settlement detained in the Settlement Agreement and Release filed under seal herein.

_____
UNITED STATES DISTRICT JUDGE