## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**A.J. OLIVAS, individually and on behalf of those similarly situated,**

    *Plaintiff,*

**v.**                                                                 Civil Action No. 2:17-cv-00022-JB-CG

**C & S OILFIELD SERVICES, LLC, DEWEY COFFMAN, and BRETT COFFMAN, individually,**

    *Defendants*.

## JOINT STIPULATION TO DISMISS

A.J. Olivas, individually and on behalf of those similarly situated ("Plaintiffs"), and Defendant Alvarado Concepts ("Defendant"), by and through their respective undersigned attorneys, file their Stipulation to Dismiss and state as follows:

1. Plaintiffs filed the instant lawsuit against Defendants alleging that they are entitled to overtime compensation from Defendants pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and the New Mexico Minimum Wage Act, N.M. Stat. Ann. §§ 50-4-19, *et seq.*

2. The Parties have reached a settlement agreement related to the allegations set forth by Plaintiffs in the instant lawsuit, as more specifically detailed in a settlement agreement and release.

3. As a condition of settlement, which the Court previously approved (Doc. 58), Plaintiffs have agreed to voluntarily dismiss the instant lawsuit and any and all claims against Defendants with prejudice.

6.      Should Defendants fail to satisfy their payment obligations, Plaintiffs shall have the right to reopen the instant lawsuit and seek relief for the unsatisfied amount of Defendants' payment obligations.

7.      Therefore, the Parties respectfully request that this Honorable Court enter an order that dismisses all of Plaintiffs' claims against Defendants with prejudice, and with each Party to bear their own costs and fees, except as otherwise stated in the settlement agreement.

WHEREFORE, the parties respectfully request that this Honorable Court dismiss the instant lawsuit "with prejudice," and any other relief that this Court deems just and appropriate.

Respectfully submitted,

/s/ Travis Gasper

**J. DEREK BRAZIEL**
*Co-Attorney in Charge*
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**TRAVIS GASPER**
Texas Bar No. 24096881
gasper@l-b-law.com
Lee & Braziel, L.L.P.
1910 Pacific Avenue, Suite 12000
Dallas, Texas 75201
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**JACK SIEGEL**
*Co-Attorney in Charge*
Texas Bar No. 24070621
jack@siegellawgroup.biz
Siegel Law Group, PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
(214) 706-0834 phone
(469) 339-0204 fax
www.siegellawgroup.biz

**ATTORNEYS FOR PLAINTIFFS**

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)

By: /s/ Clara B. Burns
CLARA B. BURNS
cburns@kempsmith.com

**ATTORNEY FOR DEFENDANTS**

*JOINT STIPULATION TO DISMISS*                                                          **Page - 2**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed this document with the Clerk of the Court, using the electronic filing system of the Court, on the date shown through the ECF system, and service was made to all counsel of record using the ECF system.

/s/ *Travis Gasper*
**TRAVIS GASPER**