IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 9 2020

MITCHELL R. ELFERS
CLERK

A.J. OLIVAS, individually and on behalf of
those similarly situated,

    *Plaintiff,*

v.

C & S OILFIELD SERVICES, LLC,
DEWEY COFFMAN, and BRETT
COFFMAN, individually,

    *Defendants.*

No. CIV 2:17-00022-JB-CG

## ORDER

Before the court is the parties Joint Stipulation to Dismiss. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-captioned proceeding is hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs, except as otherwise stated in the settlement agreement.

_____
UNITED STATES DISTRICT JUDGE