IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| A.J. OLIVAS, individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>C & S OILFIELD SERVICES, LLC, DEWEY COFFMAN, and BRETT COFFMAN, individually,<br><br>    Defendants. | No. CIV 17-0022 JB\CG |

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Joint Motion for Settlement Approval, filed January 31, 2020 (Doc. 55)("Joint Motion"); (ii) the Joint Stipulation to Dismiss, filed January 31, 2020 (Doc. 59)("Joint Stipulation"); and (iii) the Order Approving Joint Motion for Settlement Approval, filed January 31, 2020 (Doc. 58)("Order"). The Order approves the Joint Motion and Settlement Agreement and Release filed under seal in which the Parties agreed to dismissal of the lawsuit with prejudice. Order at 1. The Joint Stipulation states that the "Plaintiffs have agreed to voluntarily dismiss the instant lawsuit and any and all claims against Defendants with prejudice" and that if the "Defendants fail to satisfy their payment obligations, Plaintiffs shall have the right to reopen the instant lawsuit and seek relief for the unsatisfied amount of Defendants' payment obligations." Joint Stipulation at 1–2. With no more parties or claims before the Court, the Court enters Final Judgment.

**IT IS ORDERED** that: (i) this case and all claims in this case are dismissed with prejudice; and (ii) Final Judgment is entered.

-2-

                                                                       UNITED STATES DISTRICT JUDGE

*Counsel:*

Jesse Hamilton Forester
Forester Haynie, PLLC
Dallas, Texas

--and--

Jack L. Siegel
Siegel Law Group
Dallas, Texas

--and--

J. Derek Braziel
Travis Andrew Gasper
Lee & Braziel, LLP
Dallas, Texas

    *Attorneys for the Plaintiff*

Clara B. Burns
Kemp Smith LLP
El Paso, Texas

    *Attorneys for the Defendant*